## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 116 MAP 2014
:
        Appellant : Appeal from the judgment of sentence of
: the Berks County Court of Common Pleas,
: Criminal Division, at No.
      v. : CP-06-CR-4690-2013 dated May 22, 2014
:
:
MARCUS LAMAR WILLIAMS, :
:
        Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**. See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).